UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-1 Tremaine James Woodall,

        Defendant.
_____/

Case No.  2:20-cr-20432

Honorable Bernard A. Friedman

### FIRST FORFEITURE BILL OF PARTICULARS

The United States of America, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to provide notice of specific property which the United States intends to forfeit upon conviction, pursuant to 18 U.S.C. § 1594(d) as set forth in the Indictment (ECF No. 11), including, but not limited to the following,

- One Black Apple iPhone, FCC ID: BCG-E3087A;

- One White Apple iPhone, Model: A1533, IMEI: 013991002628845; and

- One White LG Cellular Phone, IMEI: 352974-08-925062-5.

This notice neither limits the United States from seeking the forfeiture of additional specific property nor limits the United States from seeking the imposition of a forfeiture money judgment or seeking the forfeiture of substitute assets pursuant

to 21 U.S.C. § 853(p).

          Respectfully submitted,

          SAIMA S. MOHSIN
          Acting United States Attorney


          /s/Michael El-Zein
          MICHAEL EL-ZEIN
          Assistant United States Attorney
          211 W. Fort Street, Suite 2001
          Detroit, Michigan 48226
          (313) 226-9770
          Michael.el-zein@usdoj.gov
          P-79182

Dated: February 5, 2021

## ***CERTIFICATION OF SERVICE***

I hereby certify that on February 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

<div style="margin-left: 3em;">

/s/Michael El-Zein
MICHAEL EL-ZEIN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9770
Michael.el-zein@usdoj.gov
P-79182

</div>